UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADAM E. MURPHY,

                Plaintiff,

-against-

CORRECTION OFFICER PIPER; ORANGE COUNTY SHERIFFS OFFICE; ORANGE COUNTY,

                Defendants.

**ORDER OF SERVICE**

No. 24-CV-0561 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Plaintiff, who is proceeding *pro se* and *in forma pauperis*, commenced this action on January 24, 2024. (Doc. 1). Defendants' request for permission to move to dismiss Plaintiff's Complaint was granted on June 6, 2024, and the Court entered a briefing schedule. (Doc. 14). On July 12, 2024, Defendants filed their motion to dismiss. (Doc. 16). Plaintiff's opposition was due by August 16, 2024. (*See* Doc. 14). To date, Plaintiff has not filed an opposition to the motion or sought an extension of time to file an opposition brief.

    Given Plaintiff's *pro se* status, the Court *sua sponte* extends plaintiff's time to oppose the motion to dismiss until September 27, 2024. Defendants' reply, if any, is due October 11, 2024.

    **If plaintiff fails to file his opposition by September 27, 2024, the motion will be deemed fully submitted and unopposed. No further extensions of time will be granted.**

    The Clerk is instructed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: White Plains, New York
       August 30, 2024

SO ORDERED:

_____
Philip M. Halpern
United States District Judge