

**Steven M. Neuhaus**
County Executive

# ORANGE COUNTY DEPARTMENT OF LAW

**RICHARD B. GOLDEN**
COUNTY ATTORNEY

*Carol C. Pierce*
*Deputy County Attorney*

**Municipal Law Division**

TEL: 845-291-3150
FAX: 845-378-2374*

Kellie E. Lagitch *Chief Assistant – Litigation*
Matthew J. Nothnagle *Chief Assistant – Appeals*
Susan L. Whalan *Chief Assistant – Contracts*
Joseph F. Mahoney   Holly L. Reinhardt
Marina V. O'Neill   Donna M. Badura
Lisa M. James       Stephanie T. Midler
Lia E. Fierro       Lisa M. Morgillo
Cedric A. Cooper    William S. Badura
Dante D. De Leo

**Family Law Division**

TEL: 845-291-2650
FAX: 845-360-9161*

Kimberly C. VanHaaster *Chief Assistant – Family Div.*
Peter R. Schwarz          David S. Meffert
Linda P. DaSilva          Stephanie Bazile
Ferol L. Reed-McDermott   Michael Rabiet
Karen A. Amundson         Tammy A. Delile

---

Application granted. The initial conference scheduled for March 31, 2025 is adjourned to April 28, 2025 at 12:00 p.m. using the same dial-in instructions previously provided.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        March 5, 2025

---

*Via ECF Only*
Honorable Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re:  **Adam Murphy v. Correction Officer Piper**
     **Docket No.: 7:24-cv-00561 (PMH)**

Dear Judge Halpern:

I am in possession of the Court's Notice of Initial Conference dated February 26, 2025, scheduling the initial conference for March 31, 2025. I am writing the Court to request an adjournment. I had pre-scheduled time out of the office starting on March 24, 2025, and returning on April 7, 2025, for my wedding and honeymoon. Therefore, I would respectfully request to adjourn to a non-Thursday date in mid-late April.

Respectfully submitted,

LISA M. MORGILLO
Assistant County Attorney

cc:  Adam E. Murphy (via regular mail)