UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADAM E. MURPHY,

                Plaintiff,

-against-

CORRECTION OFFICER PIPER; ORANGE
COUNTY SHERIFFS OFFICE; ORANGE
COUNTY,

                Defendants.

**ORDER**

No. 24-CV-00561 (PMH)

PHILIP M. HALPERN, United States District Judge:

      A telephone conference to discuss Defendant's letter-motion seeking to leave to move to compel compliance with its discovery demands was scheduled for August 28, 2025. Defense counsel appeared; Plaintiff *pro se* did not appear. (*See* Doc. 40). The Court issued an order rescheduling the conference to September 16, 2025, directing Plaintiff to serve responses to Defendant's extant discovery demands by September 18, 2025, reminding Plaintiff of his obligation to participate in discovery, and extending the deadline for fact discovery to October 10, 2025. (*Id.*). The Court also warned Plaintiff that if he failed to appear on the rescheduled date of the conference, and/or fails to participate in discovery, this action may be dismissed. Plaintiff did not appear on September 16, 2025 for the rescheduled conference date. Plaintiff has also failed to apprise the Court of his current address. (*See* Doc. 41; Doc. 42).

      On September 16, 2025, the Court issued an order to show cause in writing on or before September 30, 2025 why this case should not be dismissed for failure to comply with the Court's orders, failure to appear for scheduled conferences, and failure to keep the Court apprised of his address. (Doc. 42). The Court also rescheduled the conference to October 14, 2025. (*Id.*).

      Plaintiff did not file any response to the Court's order to show cause to date, nor did he call in to the conference scheduled for today, October 14, 2025.

2

Accordingly, Defendant is directed to file and serve, by October 21, 2025, an affidavit bringing current all attempts to obtain discovery from Plaintiff, annexing proof of service, and any other information and/or documents pertinent to its request to move to compel compliance with discovery. Plaintiff shall file a response to Defendant's affidavit by October 31, 2025.

Plaintiff is warned that no further opportunities to comply with the discovery demands and the Court's orders will be afforded to him. Failure to comply with this Order will result in dismissal of this case under Fed. R. Civ. P. 41(b).

The Clerk of Court is respectfully directed to mail a copy of this Order to plaintiff at the address listed on ECF, as well as the following addresses:

> Northampton County Prison
> 6684 Mountain View Drive
> Easton, PA 18040
>
> Broome County Correctional Facility
> 155 Lt Vanwinkle Drive
> Binghamton, NY 13905

SO-ORDERED:

Dated: White Plains, New York
       October 14, 2025

_____
Philip M. Halpern
United States District Judge